# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:04CR201-3-Mu

UNITED STATES OF AMERICA

v.  ORDER

WILLIAM PROPST, JR.

**THIS MATTER** comes before the Court on Defendant William Propst, Jr.'s Motion to Terminate Probation. As Defendant has complied with all conditions of his probation for a period of over one year, has paid all fines levied against him in this matter, and as the United States Probation Office and the United States Attorney's Office for the Western District of North Carolina do not object, this Motion is **GRANTED** and Defendant's probation is hereby terminated.

**IT IS SO ORDERED.**

Signed: August 9, 2007

Graham C. Mullen
United States District Judge